01
02
03
04
05

06                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08   BALWINDER CHAHAL,                       )
                                             )   CASE NO. C12-1682-RSL
09                 Petitioner,               )
                                             )
10         v.                                )   ORDER OF DISMISSAL
                                             )
11   ICE FIELD OFFICE DIRECTOR,              )
                                             )
12                 Respondent.               )
     _____ )
13

14         The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

15   motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler,

16   United States Magistrate Judge, and the remaining record, finds and Orders as follows:

17         (1)   The Court adopts the Report and Recommendation;

18         (2)   Petitioner's petition for writ of habeas corpus (Dkt. 7) is DENIED, respondent's

19   motion to dismiss (Dkt. 14) is GRANTED, and this action is DISMISSED with prejudice for

20   failure to exhaust administrative remedies; and

21   //

22   //

ORDER OF DISMISSAL
PAGE -1

01   (3)   The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02   DATED this 26th day of March, 2013.

　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL
PAGE -2