UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALWINDER CHAHAL, | ) |
| | ) CASE NO. C12-1682-RSL |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| ICE FIELD OFFICE DIRECTOR, | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 7) is DENIED, respondent's motion to dismiss (Dkt. 14) is GRANTED, and this action is DISMISSED with prejudice for failure to exhaust administrative remedies; and

//

//

ORDER OF DISMISSAL
PAGE -1

01     (3)   The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02     DATED this 26th day of March, 2013.

03

04                                       /s/ Robert S. Lasnik

05                                       Robert S. Lasnik
                                       United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2